UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **TRAVIS JAMES MORIN** | **CASE NO.  6:20-CV-00592** |
| **VERSUS** | **JUDGE JUNEAU** |
| **M BOFILL DUHE ET AL** | **MAGISTRATE JUDGE HANNA** |

## JUDGMENT

**THIS MATTER** was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. Following receipt of the Magistrate Judge's conclusions, Rec. Doc. 20, this Court has conducted an independent review of the record, including Plaintiff's objections. In addition to that review, this Court takes judicial notice of the fact that the state court proceedings referred to by both parties remain pending after the November 16, 2020 trial date was continued. Thus, this Court concludes that the Magistrate Judge's report and recommendation correctly determined that *Younger* abstention is appropriate for all claims asserted in this matter, and it adopts the findings and conclusions in Parts I and II as its own. Accordingly, consistent with the report and recommendation, this Court declines to exercise its jurisdiction over this case at this time.  In light of that conclusion, the Court need not address Defendants' alternative arguments or the Magistrate Judge's related recommendations. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant M. Bofill Duhe's Motion to Dismiss, Rec. Doc. 13, is **GRANTED**, and this case is **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 2nd day of December, 2020.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE